IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **NOEL YBARRA, ET AL., Individually and for all others similarly situated,** § § | | |
| *Plaintiffs*, § | | |
| § | | |
| **v.** § | NO. | MO:21-CV-00135 |
| § | | |
| **MULHOLLAND ENERGY SERVICES, LLC,** § § | | |
| *Defendant.* § | | |

### ORDER

It is **ORDERED** the above-styled and numbered cause filed in this Court on August 2, 2021, is referred to the United States Magistrate Judge for the Midland/Odessa Division, pursuant to the authority vested in United States Magistrate Judges by 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrates.

It is further **ORDERED** the Magistrate Judge for the Midland/Odessa Division, in the interest of obtaining prompt resolution of the above-styled and numbered cause, shall have the authority to issue any preliminary orders and conduct any necessary evidentiary hearings or other appropriate proceedings. The Magistrate Judge shall submit to the District Court Judge a report containing proposed Findings of Fact and Recommendations for the disposition of the above-captioned cause.

It is so **ORDERED**.

**SIGNED** this 18th day of August, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE