# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| NOEL YBARRA, ANTONIO GALLEGOS, and LINAL LYNN PIERCE,<br>    *Plaintiffs,*<br><br>v.<br><br>MULHOLLAND ENERGY SERVICES, LLC,<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MO:21-CV-135-DC-RCG |

## ORDER RESETTING STATUS CONFERENCE

BEFORE THE COURT is the status of the above-mentioned case. It is hereby **ORDERED** that the parties' Status Conference will now be held on **Thursday, October 14, 2021 at 3:00 p.m.** via Zoom. The Court will supply the parties with the necessary Zoom meeting information via email at a later date.

Additionally, the parties' Joint Report will bow be due to the Court on or before **Wednesday, October 13, 2021**.

It is so **ORDERED**.

SIGNED this 8th day of October, 2021.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE