IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **NOEL YBARRA, ANTONIO GALLEGOS, and LINAL LYNN PIERCE** | § § § | |
| *Plaintiffs* | § § § | |
| **v.** | § § | **Civil Action No. 7:21-cv-00135** |
| **MULHOLLAND ENERGY SERVICES, LLC,** | § § § § | |
| *Defendant* | § § | |

## PLAINTIFFS' DESIGNATION OF TESTIFYING EXPERT WITNESSES

Pursuant to the Court's Scheduling Order (Dkt. 15), and Federal Rule of Civil Procedure 26(a)(2)(C), Plaintiffs hereby designate the following testifying experts.

If Plaintiffs prevail in this matter, Plaintiffs will file a motion for attorney's fees after judgment is entered pursuant to Federal Rule of Civil Procedure 54(d)(2). Plaintiffs designate the following witnesses as experts who may provide testimony regarding the reasonable hourly rate for each of the attorneys who have performed work on this case, and whether the attorney time and expenses for which Plaintiffs seek recovery is reasonable and necessary:

Aaron Johnson
FAIR LABOR LAW
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
(512) 277-3505

Colin Walsh
WILEY WALSH, P.C.
1011 San Jacinto Blvd., Suite 401
Austin, Texas 78701
(512) 271-5527

Austin Kaplan
KAPLAN LAW FIRM, PLLC

406 Sterzing St., Suite 202
Austin, TX 78704
(512) 843-5572

No written report or materials are required to be served under 26(a)(2)(B) because the expert witnesses designated above are not retained or specially employed to provide expert testimony in the case and are not any party's employees, and because a report on fees cannot be prepared until the matter is concluded. Plaintiffs are separately serving on Defendant the disclosures required by Rule 26(a)(2)(C).

Respectfully submitted,

**FAIR LABOR LAW**

By:  */s/ Aaron Johnson*
Aaron Johnson
State Bar No. 24056961
ajohnson@fairlaborlaw.com
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
Ph: (512) 277-3505
Ph: (512) 277-3254

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I electronically submitted the foregoing document for filing using the Court's CM/ECF system, which will serve a true and correct copy of the foregoing document upon all counsel of record.

*/s/ Aaron Johnson*
Aaron Johnson